ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    FAX: (415) 436-6982
    waqar.hasib@usdoj.gov

Attorneys for United States of America

FILED

Oct 06 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>JOSEPH DANIEL SCHMIDT,<br>    Defendant. | CASE NO. 3:23-mj-71511 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on October 5, 2023, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the Western District of Washington, Case Number 23-CR-158-JCC.

    In that case (copy of indictment attached), the defendant is charged with two violations of Title 18, United States Code, Section 793(e).

Description of Charges:

- Count One alleges that the defendant attempted to deliver national defense information to a person not entitled to receive it.
- Count Two alleges that the defendant unlawfully possessed and retained national defense information, and failed to return it to the United States government.

The maximum penalties are as follows:

- Up to 10 years in prison;
- Up to a $250,000 fine;
- Up to 3 years of supervised release;
- A mandatory $100 special assessment;
- Forfeiture.

                                                    Respectfully Submitted,

                                                    ISMAIL J. RAMSEY
                                                    United States Attorney

Date: October 6, 2023                       /s/ S. Waqar Hasib
                                                    S. WAQAR HASIB
                                                    Assistant United States Attorney